```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 19332
    LORENE ALEXANDER
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
         Debtor
    SSN XXX-XX-2984

-------------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 10/18/2007 and was confirmed 12/06/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 04/24/2008.
-------------------------------------------------------------------------------
 CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                               PAID           PAID
-------------------------------------------------------------------------------
 OPTION ONE MORTGAGE       CURRENT MORTG         .00            .00            .00
 OPTION ONE MORTGAGE       MORTGAGE ARRE         .00            .00            .00
 COOK COUNTY TREASURER     SECURED           2098.00            .00          45.00
 CHASE BANK USA            UNSECURED         6774.04            .00            .00
 CITY OF CHICAGO PARKING   UNSECURED       NOT FILED            .00            .00
 GEMB/HH GREGG             UNSECURED       NOT FILED            .00            .00
 GEMB/JCPENNY              UNSECURED       NOT FILED            .00            .00
 CODILIS & ASSOCIATES      NOTICE ONLY     NOT FILED            .00            .00
 ROBERT J SEMRAD & ASSOC   DEBTOR ATTY      2,831.50                         352.80
 TOM VAUGHN                TRUSTEE                                            27.20
 DEBTOR REFUND             REFUND                                               .00

         Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
 TRUSTEE                  425.00

 PRIORITY                                          .00
 SECURED                                         45.00
 UNSECURED                                         .00
 ADMINISTRATIVE                                 352.80
 TRUSTEE COMPENSATION                            27.20
 DEBTOR REFUND                                     .00
                       ---------------       ---------------
 TOTALS                   425.00                425.00



              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 19332 LORENE ALEXANDER
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 07/23/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 07 B 19332 LORENE ALEXANDER